**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:09-CV-738 CAS |
| T. STAHLMAN CUSTOM BUILDER, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Upon review of the file, the Court notes there has been no activity in this action since the filing of the return of proof of service upon defendants T. Stahlman Custom Builder, Inc.; T. Stahlman Builder, Inc.; and Patricia Stahlman on August 11, 2009, which states that defendants were served on July 12, 2009. Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs shall, within fourteen (14) days of the date of this order, file a motion for entry of default by the Clerk of the Court under Federal Rule of Civil Procedure 55(a) and, if appropriate, a motion for default judgment under Rule 55(b), supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

**Failure to comply with this order may result in dismissal of the claims against the defendants without prejudice.**

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this  2nd  day of September, 2009.